Case 1:12-cr-00244-CG-B   Document 40   Filed 01/06/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America )
v. )
)
MICHAEL LAZANE FRENCH ) Case No: 12-00244-001
) USM No: 12834-003
Date of Original Judgment: 6-17-2013 )
Date of Previous Amended Judgment: ) Pro Se
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  30  months **is reduced to**  27 months on Count 2  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Court notes the defendant's objection to the recalculation. The objection is that the court only reduced his sentence by one level, not two levels. However, when the Guidelines are recalculated pursuant to the 2014 Amendment, the base offense level, which was formerly level 16, is now at level 14. Pursuant to U.S.S.G. Section 3E1.1(b), an additional point off for acceptance of responsibility is granted only when the base offense level is 16 or higher. Because the defendant's recalculated base offense level is now at level 14, he is only entitled to 2 points off for acceptance of responsibility. Thus the new total offense level is level 12, which, at Criminal History Category V, places the guideline range at 27 to 33 months.

The sentence of 60 months consecutive on Count 3 is not affected by the recalculation of the Guidelines on Count 2.

Except as otherwise provided, all provisions of the judgment dated  6-17-2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  January 6, 2015

Callie V.S. Granade U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2014.12.30 12:12:00 -06'00'

*Judge's signature*

Effective Date:  November 1, 2015     United States District Judge
*(if different from order date)*     *Printed name and title*